\*\* CHANGES MADE BY COURT\*\*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Applicant,<br><br>vs.<br><br>AHMAD HARIS TAJYAR and BRIGHT LIGHT MARKETING INC. D/B/A INVESTOR RELATIONS PARTNERS,<br><br>Respondents. | Case No. 2:18-MC-00113-DMG-RAOx<br><br>**ORDER TO SHOW CAUSE WHY AN ORDER COMPELLING COMPLIANCE WITH INVESTIGATIVE SUBPOENAS SHOULD NOT BE ISSUED** |

| | |
|---|---|
| 1 | The Applicant, the Securities and Exchange Commission ("SEC"), having filed an Application for an Order to Show Cause and an Application for Order Compelling Compliance with Investigative Subpoenas served on Respondents Ahmad Haris Tajyar and Bright Light Marketing Incorporated d/b/a Investor Relations Partners (collectively, "Respondents"), the Court having considered the Application and documents filed in support thereof, and good cause having been shown, the Court being fully advised in the matter, and there being no just cause for delay: |

IT IS HEREBY ORDERED that the SEC's Application for an Order to Show Cause Why an Order Compelling Compliance with Investigative Subpoenas should not be issued is GRANTED.

IT IS HEREBY ORDERED that on **October 12, 2018, at 1:30 p.m.**, the Respondents shall appear before the **Honorable Rozella A. Oliver, United States Magistrate Judge, in Courtroom 590, 5th Floor, located at Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, CA, 90012**, to show cause, if there be any, why an Order Compelling Compliance with Investigative Subpoenas should not be granted in accordance with the Application filed by the SEC herein.

IT IS FURTHER ORDERED that any papers in opposition to the issuance of said Order shall be filed by the Respondents with this Court and served on the SEC's Los Angeles Regional Office at 444 S. Flower Street, 9th Floor, Los Angeles, California 90071, such that they arrive no later than 5:00 p.m. (PST), on **September 24, 2018**.

IT IS FURTHER ORDERED that any papers in reply shall be filed by the SEC with this Court and served on Respondents, such that they arrive no later than 5:00 p.m. (PST), on **October 1, 2018**.

IT IS FURTHER ORDERED that service of this Order to Show Cause, and any papers in opposition to the issuance of said Order, or any reply papers, may be accomplished by either: (i) electronic mail *and* United Parcel Service; or (ii) personal

service.[1] The SEC shall serve this Order to Show Cause on Respondents and file proof of service by **September 10, 2018**.

Dated: September 5, 2018

*Rozella A. Oliver*

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

---

[1] Following Respondents' appearance in the action through an attorney, service of any documents filed with the Court will be accomplished electronically pursuant to Local Rule 5-3.2.