# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Movant,<br><br>v.<br><br>AHMAD HARIS TAJYAR, et al.,<br><br>Respondents. | Case No. MC 18-113-DMG (RAOx)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Securities and Exchange Commission's ("SEC") Application for an Order Compelling Compliance with Investigative Subpoenas ("Application"), the other records and files herein, and the Report and Recommendation of United States Magistrate Judge filed on October 15, 2018 ("Report"). The time for filing objections to the Report has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

The SEC's Application is GRANTED. It is HEREBY ORDERED that Respondents shall produce all responsive documents within their possession, custody or control to the SEC within ten (10) days of the date of entry of this Order.

Mr. Tajyar shall appear and answer questions related to the matters under investigation within twenty (20) days of the date of the document production.

IT IS SO ORDERED.

DATED: November 30, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE